**1**

ROCK PLASTER MANUFACTURING COMPANY, Libelant-Appellant, v. James C. DAVIS, as Director General, etc., Respondent-Appellee. (Circuit Court of Appeals, Second Circuit. December 19, 1924.) No. 28. Appeal from the District Court of the United States for the Eastern District of New York. Appeal from Decree in Admiralty Entered in the District Court for the Eastern District of New York. Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant. Bigham, Englar & Jones, of New York City (R. F. Shaw and L. J. Matteson, both of New York City, of counsel), for respondent. Before HOUGH and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Decree (290 F. 533) affirmed, with costs.

---

**2**

Zebnor C. ROSE v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. November 14, 1924.) No. 4052. In Error to the District Court of the United States for the Southern District of Ohio; John E. Sater, Judge. Mattern, Brumbaugh & Mattern, of Dayton, Ohio, for plaintiff in error. Thomas H. Morrow, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Judgment of the District Court affirmed, on authority of Exporters v. Butterworth Co., 258 U. S. 365, 42 S. Ct. 331, 66 L. Ed. 663.

---

**3**

S. C. SANDEFUR v. CANOE CREEK COAL COMPANY. (Circuit Court of Appeals, Sixth Circuit. December 11, 1924.) No. 3813. In Error to the District Court of the United States for the Western District of Kentucky; Walter Evans, Judge. Hanson & Taylor, of Henderson, for plaintiff in error. Humphrey, Crawford & Middleton, of Louisville, for defendant in error.

PER CURIAM. Judgment of the District Court reversed, and cause remanded for further proceedings, in accordance with the opinion of the Supreme Court. 266 U. S. 42, 45 S. Ct. 18, 69 L. Ed. —.

---

**4**

Joe SARAFINO v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. March 3, 1925.) No. 4138. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. A. B. Galloway, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

---

**5**

SEWANEE FUEL & IRON CO. v. J. M. SPIEGLE. (Circuit Court of Appeals, Sixth Circuit. October 6, 1924.) No. 4084. In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge. C. H. Garner, of Tracy City, Tenn., for plaintiff in error. Tatum & Thach, of Chattanooga, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**6**

Charles SHILLIG, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. January 23, 1925.) No. 210. In Error to the District Court of the United States for the Southern District of New York. Philip J. Dunn, of New York City (Stewart Maurice, of New York City, of counsel), for plaintiff in error. William Hayward, U. S. Atty., of New York City (William J. Millard, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before HOUGH and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed in open court.

---

**7**

SOUTHERN RAILWAY COMPANY v. P. A. ATKINS. (Circuit Court of Appeals, Sixth Circuit. April 6, 1925.) No. 4233. In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge. Cates, Smith, Tate & Long, of Knoxville, Tenn., for plaintiff in error. H. N. Cate, R. L. Pope, and W. T. Kennerly, all of Knoxville, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**8**

SOUTHERN RAILWAY COMPANY v. J. R. HAYS, Administrator of Algy Hays, Deceased. (Circuit Court of Appeals, Sixth Circuit. April 6, 1925.) No. 4234. In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge. Cates, Smith, Tate & Long, of Knoxville, Tenn., for plaintiff in error. H. N. Cate, R. L. Pope, and W. T. Kennerly, all of Knoxville, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.